Cameron Morris
(full name/prisoner number)
219 N 12th St
Caldwell, ID
83605
(complete mailing address)

U.S. COURTS

NOV 14 2019

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Cameron Morris,
(full name)
            Plaintiff,

v.

Canyon County
Prosecuting Attorneys
Office

            Defendant(s).

(if you need additional space, use a blank page for a continuation page)

Case No.
(to be assigned by Court)

**PRISONER COMPLAINT**

Jury Trial Requested: ☒ Yes  ☐ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under: (check all that apply):

☒ 42 U.S.C. § 1983 (applies to state, county, or city defendants)
☐ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal government defendants only)
☐ Other federal statute (specify) _____; or diversity of citizenship.
☒ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is _Cameron Morris_. I am a citizen of the State of _Idaho_,

presently residing at _Canyon County Jail_

PRISONER COMPLAINT - p. 1

(Rev. 10/24/2011)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Ruth Coose or any other and all acting attorneys__, who was acting as __Prosecuting Attorney__
   *(defendant)* *(job title, if a person; function, if an entity)*

   for the __Canyon County__
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on __5-14 or before or after__, Defendant did
   *(dates)*

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   __failed to let a witness know to come to court for an NCO hearing or give me a hearing on the NCO to which I did not have an actual Notice or hearing for which them lead to Being wrongfully imprisoned or Arrested violated probation for. Otherwise known as a Breach__

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   __6th & 14th Amendments of the United States Constitution.__

4. I allege that I suffered the following injury or damages as a result:
   __wasn't able to work, was violated on probation. wasn't granted a Rule 35, lost trust w/ a Judge, also was put in custody while on a furlough to which I was trying to get reinstated in was charged with another crime leading to more__

5. I seek the following relief: __The case be dismissed also money__ __for every day I spent in custody after my __ __Rule 35 Review hearing__

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [X] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ○ Yes ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. __Because I have been neglected By the Canyon County office. So I didn't think it would go Nowhere. also Am currently fighting the case__ __was nothing to do with the jail__

PRISONER COMPLAINT - p. 2 (Rev. 10/24/2011)

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☒ do not ☐ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

Am not a attorney

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on ___Nov 1st___ *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date)*; OR *(specify other method)*

Executed at __Canyon County Court house__ on __Nov 1st 2019__
            *(Location)*                                  *(Date)*

_____
*Plaintiff's Original Signature*

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.